No. 386. AMERICAN STORES DAIRY CO. *v.* WISCONSIN DEPARTMENT OF TAXATION. October 8, 1945. *Per Curiam:* The appeal is dismissed for want of a properly presented federal question. *Whitney* v. *California,* 274 U. S. 357, 360, and cases cited; *Godchaux Co.* v. *Estopinal,* 251 U. S. 179. *Mr. George D. Spohn* for appellant. *John E. Martin,* Attorney General of Wisconsin, and *Harold H. Persons,* Assistant Attorney General, for appellee.

No. 8. ATKINS *v.* ATKINS. October 8, 1945. *Per Curiam:* The judgment is vacated and the cause is remanded to the Supreme Court of Illinois in order to enable it to reexamine its decision in the light of *Williams* v. *North Carolina,* 325 U. S. 226, and *Esenwein* v. *Commonwealth ex rel. Esenwein,* 325 U. S. 279; *Busey* v. *District of Columbia,* 319 U. S. 579, 580; *New York ex rel. Whitman* v. *Wilson,* 318 U. S. 688, 690–691 and cases cited; *State Tax Commission* v. *Van Cott,* 306 U. S. 511, 515–516. MR. JUSTICE BLACK dissents. *Messrs. Harry F. Gillis* and *A. Rea Williams* for petitioner. *Mr. Harold F. Trapp* for respondent.

No. 6, original. NEBRASKA *v.* WYOMING ET AL. October 8, 1945. Decree entered.

No. 8, original. KANSAS *v.* MISSOURI. October 8, 1945. Upon consideration of the stipulation of counsel it is ordered that the time for marking the boundary be extended until the further order of the Court.